# 20 CV 1546

IN THE UNITED STATES DISTRICT COURT

NEW YORK IN THE MANHATTAN DISTRICT

---

MICHAEL YOUNG

    Compliant

    Verses

1983 Civil Rights Law Suite
Asking for Monetary Relief

Mr. Donald Trump the defendant and prior host of the television apprentice show
Mr. Kevin Reilly the chief executive officer of Mr. Donald Trump apprentice show
Located at the NBC UNIVERSAL INCORPORATED
30 Rockefeller Plaza Room 4748-E
New York City New York 10112 are the sole defendants in this case.

---

Now comes the complainant Michael Young to state to the United States District Federal Court
As follows in the complainant civil rights lawsuit filed in accordance with the 1983 civil rights laws and statutes made in the book of federal laws to protect the civil and constitutional rights and privileges of people who are harmed and violated by state government federal government and private organizations as well.

---

1 The court and the jurors are hereby advised that on are about Thursday February 26th 2004 or soon thereafter when Mr. Donald Trump had his NBC television network apprentice show he Mr. Donald Trump and the NBC television network unlawfully stole my songwriting

idea with the unlawfully criminal and civil violating intent to take and defrauded this complainant from his songwriting idea that he prepared and proposed in good faith to appear on Mr. Donald Trump NBC television network apprentice television show in good faith hoping to get a break into Nashville Tennessee country and western singing and songwriting. Both Mr. Donald Trump and the NBC television network are very guilty of violating both the 1983 civil rights laws and statutes and the civil right acts of 1964. Both Mr. Donald Trump and Mr. Kevin Reilly is guilty of criminal and civil theft also.

This complainant Michael Young sent Mr. Donald Trump a certified letter by regular mail with a return receipt advising him that he wanted to appear on his television apprentice show to see who could put together the best songwriting teams to win the apprentice. Approximately 4 to 6 weeks after the letter was written either Mr. Donald Trump or 1 of the employees employed by the NBC television network unlawfully stole and used this complainant songwriting idea without his permission and any invitation to let Michael Young appear on Mr. Donald Trump NBC television apprentice network show this is a violation of the 1983 civil rights laws and statutes.

2. Since the year 2004 and since the time Mr. Donald Trump unlawfully stole this songwriting plan and idea this bad dude Mr. Donald Trump has unlawfully refused to answer the 5 hundred or more emails and letters by regular mail that have been written to him about the unlawfully that he and the NBC television network and Mr. Kevin Reilly the chief executive officer back in the 2004 committed against him. The statute of limitations had not ran out on this case for 2 reasons the first reason is that Michael Young have been contacting Mr. Donald Trump and the NBC television network about this case and matter since the year 2004 and the second is that he has a right to file a lawsuit against Mr. Donald Trump and the NBC television network and Mr. Kevin Reilly from the state of New York City Human Resources Office. This is a case that should go to a jury trial by a federal court official and it does not matter if he or she is an Obama appointed Bush appointed or a Trump appointed it should not matter in

this case because a very serious theft was committed by Mr. Donald Trump and Mr. Kevin Reilly in this case.

3 I ask the court to appoint me a Pro Bono attorney in this case. I have tried to get an attorney on my behalf without any success. The filing fees should be waived in this case because I receive a disability income. I do not think I have enough money to hire an attorney. I do not have a job. I am in the Wisconsin Vocational Rehabilitation Disability Program. Wherefore and therefore the complainant Michael Young prays for justice in this case he should be awarded 1 million a year to be paid to him from the year 2004 up to this year 2020 for the unlawfully theft Mr. Donald Trump and Mr. Kevin Reilly at the NBC television committed against him.
I will be sending and filing this complaint in the regular mail to the federal court in New York City, New York soon.

*M.Y.*

Michael Young
Post Office Box 1394
Fond du Lac, Wisconsin 54936-1394

Telephone Number 920-238-9011 the best time to call me is at 8 am in the Morning Wisconsin Time

EEOC Form 161 (11/16)          U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Michael Young**
Post Office Box 1394
Fond Du Lac, WI 54936

From: **New York District Office**
33 Whitehall Street
5th Floor
New York, NY 10004

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2019-03992 | **Holly M. Shabazz,** State & Local Program Manager | (929) 506-5316 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other (briefly state)     **No Jurisdiction - Untimely Filed Over 300 Days**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

Enclosures(s)

*(signature)*          January 24 2020
**Judy A. Keenan,**          *(Date Mailed)*
**District Director**

cc: **NBC UNIVERSAL INC**
Attn: Director of Human Resources
30 Rockefeller Plaza
Room 4748-E
New York, NY 10112

**DAVIS & GILBERT LLP**
Attn: Nirupama Hedge – Employment Counsel
1740 Broadway
New York, NY 10019

**SITE LOCATION(S)** Leo Willkom, MR Robert Hassee

Wisconsin Helpers Sites For legal help on civil rights Case, The Robert Hassee Beets case,



Michael Young
Post Office Box 1394
Fond du Lac, Wisconsin
54936-1394

Clerk of United States District Court
Southern District of New York
500 Pearl Street,
Orange Putnam Rockland
Sullivan Westchester
500 Pearl Street
New York City New York 10007

RETURN RECEIPT REQUESTED