UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL YOUNG,

          Plaintiff,

-against-

MR. DONALD TRUMP; MR. KEVIN REILLY; NBC TELEVISION NETWORK,

          Defendants.

20-CV-1546 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued March 20, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 20, 2020
          New York, New York

                                            Louis L. Stanton
                                                U.S.D.J.